**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| BARRY R. HOLDEN, JR.<br>TRACI L. HOLDEN<br>　　　　Debtor(s) | Case No.:20-20537 GLT |
| Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/14/2020 and confirmed on 06/03/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 67,700.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 67,695.00 |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,750.00 | |
| 　Trustee Fee | 3,571.85 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,321.85 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　LAKEVIEW LOAN SERVICING LLC | 0.00 | 30,931.90 | 0.00 | 30,931.90 |
| 　　Acct: 6545 | | | | |
| 　LAKEVIEW LOAN SERVICING LLC | 1,200.22 | 1,200.22 | 0.00 | 1,200.22 |
| 　　Acct: 6545 | | | | |
| 　AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 22,944.32 | 0.00 | 22,944.32 |
| 　　Acct: 9355 | | | | |
| 　PA STATE EMPLOYEES CU/PSECU | 9,394.47 | 4,752.81 | 543.90 | 5,296.71 |
| 　　Acct: 8317 | | | | |
| | | | | 60,373.15 |
| **Priority** | | | | |
| 　COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　BARRY R. HOLDEN, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　BARRY R. HOLDEN, JR. | 5.00 | 5.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　BONONI & COMPANY | 3,750.00 | 3,750.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | * * * N O N E * * * | | | |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| CAPITAL ONE BANK (USA) NA BY AMERIC, Acct: 4365 | 2,884.68 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) Acct: 1690 | 514.24 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK Acct: 3253 | 10,628.64 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENIT Acct: 9562 | 471.47 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENIT Acct: 7647 | 376.67 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENIT Acct: 5044 | 366.57 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENIT Acct: 7755 | 667.59 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT COMEN Acct: 7871 | 302.10 | 0.00 | 0.00 | 0.00 |
| DERRY AREA FCU Acct: 6479 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*) Acct: 9721 | 2,829.48 | 0.00 | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY Acct: 6877 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA** Acct: 3661 | 419.24 | 0.00 | 0.00 | 0.00 |
| MERRICK BANK Acct: 0095 | 1,473.59 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - / Acct: 8836 | 456.61 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(*) Acct: 3039 | 5,825.03 | 0.00 | 0.00 | 0.00 |
| PA STATE EMPLOYEES CU/PSECU Acct: 8317 | 5,068.19 | 0.00 | 0.00 | 0.00 |
| PA STATE EMPLOYEES CU/PSECU Acct: 8317 | 3,389.74 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LL Acct: 0308 | 7,732.35 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK Acct: 5022 | 3,221.45 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK Acct: 2928 | 254.04 | 0.00 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP PORTFO Acct: 9070 | 6,920.38 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* Acct: 3679 | 397.15 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS Acct: 0001 | 399.68 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK Acct: 2928 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS DBA GM Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PHELAN HALLINAN DIAMOND & JONES LL Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GRB LAW** Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC* Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 20-20537 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\*\*\* N O N E \*\*\*

| TOTAL PAID TO CREDITORS | | 60,373.15 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 10,594.69 | |
| UNSECURED | 54.598.89 | |

Date: 08/08/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com